IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRIGENT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-496 (RGA) |
| | ) |
| DELL TECHNOLOGIES INC. and DELL INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF MOTION**

PLEASE TAKE NOTICE that in view of Plaintiff Corrigent Corporation's dismissal without prejudice U.S. Patent No. 7,330,431 ("'431 patent") and 7,113,485 ("'485 patent") (D.I. 57), Defendants Dell Technologies Inc. and Dell Inc. hereby withdraw their Motion to Stay Case Pending *Inter Partes* Review (D.I. 50).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendants*
*Dell Technologies Inc. and Dell Inc.*

OF COUNSEL:

Brian A. Rosenthal
Katherine Dominguez
Jaclyn Hellreich
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

Stuart M. Rosenberg
Ryan K. Iwahashi
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
(650) 849-5300

Ronald A. Lee
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA  92612-4412
(949) 451-3800

Audrey Yang
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201-2923
(214) 698-3100

November 1, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 1, 2023, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899-1150<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC FILING* |
| James R. Nuttall, Esquire<br>Robert F. Kappers, Esquire<br>Daniel F. Gelwicks, Esquire<br>Katherine H. Tellez, Esquire<br>STEPTOE & JOHNSON LLP<br>227 West Monroe Street, Suite 4700<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC FILING* |
| Thomas C. Yebernetsky, Esquire<br>Nigel C. Ray, Esquire<br>Christopher A. Suarez, Esquire<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC  20036<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC FILING* |
| Michael C. Miller, Esquire<br>STEPTOE & JOHNSON LLP<br>1114 Avenue of the Americas<br>New York, NY  10036<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC FILING* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)