IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRIGENT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 22-496-RGA |
| | ) | |
| DELL TECHNOLOGIES INC. and DELL INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CORRIGENT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 22-497-RGA |
| v. | ) | |
| | ) | |
| ARISTA NETWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 9th day of January, 2024, **CORRIGENT CORPORATION'S OPENING CLAIM CONSTRUCTION BRIEF** was served upon the below-named counsel of record at the addresses and in the manner indicated:

Jack B. Blumenfeld, Esquire                                         VIA ELECTRONIC MAIL
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 N. Market Street
Wilmington, DE  19801

Brian A. Rosenthal, Esquire                                         VIA ELECTRONIC MAIL
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

Stuart M. Rosenberg, Esquire                                        VIA ELECTRONIC MAIL
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211

{01895661;v1 }

| | |
|---|---|
| Ronald A. Lee, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412 | <u>VIA ELECTRONIC MAIL</u> |
| Audrey Yang, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201 | <u>VIA ELECTRONIC MAIL</u> |
| Kurt Pankratz, Esquire<br>BAKER BOTTS LLP<br>2001 Ross Ave, Ste 900<br>Dallas, TX 75201 | <u>VIA ELECTRONIC MAIL</u> |
| Jeremy Taylor, Esquire<br>BAKER BOTTS LLP<br>101 California Street, Ste 3200<br>San Francisco, CA 94111 | <u>VIA ELECTRONIC MAIL</u> |
| Amara Osisioma, Esquire<br>BAKER BOTTS LLP<br>98 San Jacinto Blvd, Ste 1500<br>Austin, TX 78701 | <u>VIA ELECTRONIC MAIL</u> |

|  |  |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES<br><br>*/s/ Andrew C. Mayo*<br>_____<br>John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Plaintiff Corrigent Corporation* |

Of Counsel:

James R. Nuttall
Robert F. Kappers
Daniel F. Gelwicks
STEPTOE LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
(312) 577-1300

Michael C. Miller
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3955

Christopher A. Suarez
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8003

Dated:  January 9, 2024