IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRIGENT CORPORATION, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DELL TECHNOLOGIES INC. and DELL ) <br> INC., ) <br> Defendants. ) | C.A. No. 22-496-RGA |
| CORRIGENT CORPORATION, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ARISTA NETWORKS, INC., ) <br> Defendant. ) | C.A. No. 22-497-RGA |

**JOINT MOTION FOR CLAIM CONSTRUCTION**

Pursuant to Paragraph 9 of the Scheduling Order (C.A. No. 22-496, D.I. 27; C.A. No. 22-497, D.I. 25) Plaintiff Corrigent Corporation ("Corrigent") and Defendants Dell Technologies Inc., Dell, Inc., and Arista Networks, Inc. (collectively, "Defendants") hereby respectfully request that the Court hold a claim construction hearing on April 4, 2024 at 9:30 a.m. Eastern Time.  Briefing is complete as set forth in the Joint Claim Construction Brief filed contemporaneously with this motion.  The parties respectfully request three (3) hours for the hearing, with the time to be split equally between the two sides.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Andrew C. Mayo* | */s/ Jeremy A. Tigan* |
| Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>amayo@ashbygeddes.com | Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants*<br>*Dell Technologies Inc. and Dell Inc.* |

MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Defendant Arista Networks, Inc.*

Dated: March 4, 2024

                    SO ORDERED this <u>5th</u> day of March, 2024

                    <u>/s/ Richard G. Andrews</u>
                    United States District Judge