IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRIGENT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 22-496-RGA |
| | ) |
| DELL TECHNOLOGIES INC. and DELL INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING CASE NARROWING**

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Corrigent Corporation ("Plaintiff" or "Corrigent") and Defendants Dell Technologies Inc. and Dell Inc. ("Defendants" or "Dell") (collectively, "the parties"), that the parties will follow certain case-narrowing procedures, as agreed below and subject to the approval of the Court with the following schedule:

| Date | Event[1] |
|---|---|
| July 10, 2024 | Corrigent will serve a Final Election of Asserted Claims, which shall identify no more than five asserted claims per asserted patent from among the claims previously identified for that particular asserted patent in Corrigent's infringement contentions. |
| July 24, 2024 | Dell will serve a Final Election of Asserted Prior Art, which shall identify no more than six asserted prior art references per asserted patent from among the prior art references previously identified for that particular asserted patent in Dell's invalidity contentions.<br><br>For purposes of this Final Election of Asserted Prior Art, each obviousness combination counts as a separate prior art reference. |

---

[1] There are two asserted patents in this case: U.S. Patent Nos. 6,957,369 and 7,593,400.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Jeremy A. Tigan* |
| John G. Day (#2403) | Jack B. Blumenfeld (#1014) |
| Andrew C. Mayo (#5207) | Jeremy A. Tigan (#5239) |
| 500 Delaware Avenue, 8th Floor | 1201 North Market Street |
| P.O. Box 1150 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 658-9200 |
| jday@ashbygeddes.com | jblumenfeld@morrisnichols.com |
| amayo@ashbygeddes.com | jtigan@morrisnichols.com |
| *Attorneys for Plaintiff Corrigent Corporation* | *Attorneys for Defendants Dell Technologies Inc. and Dell Inc.* |

Dated: June 4, 2024

SO ORDERED, this _____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE