IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRIGENT CORPORATION and NAHUM COMMUNICATIONS N.T.B. LTD, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DELL TECHNOLOGIES INC. and DELL INC., )<br>)<br>Defendants. ) | C.A. No. 22-496-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of September, 2024, **PLAINTIFF CORRIGENT CORPORATION'S NOTICES OF SUBPOENAS TO PRODUCE DOCUMENTS AND TESTIFY AT A DEPOSITION TO THE FOLLOWING:**

1. Avaya Inc.;
2. Barcodes, Inc.;
3. Boston Public Schools;
4. Clay County District Schools, Florida;
5. Comcast Cable Communications;
6. FedData Technology Solutions, LLC;
7. Ferguson Enterprises Inc.;
8. Ingram Micro Inc.;
9. Maxar Technologies Holdings Inc.;
10. Microsoft Corporation;
11. Providence St. Joseph Health;
12. QSC Holdings, Inc.;
13. Raising Cane's Restaurants L.L.C.;

{01797643;v1 }

  14.  Social Security Administration;

  15.  ThinkTech, Inc.; and

  16.  Verizon Services Group.

were served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Jeremy A. Tigan, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNEL LLP<br>1201 N. Market Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Brian A. Rosenthal, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193 | VIA ELECTRONIC MAIL |
| Stuart M. Rosenberg, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211 | VIA ELECTRONIC MAIL |
| Ronald A. Lee, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412 | VIA ELECTRONIC MAIL |
| Audrey Yang, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201 | VIA ELECTRONIC MAIL |

|  |  |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
|  | */s/ Andrew C. Mayo* |
| James R. Nuttall | ———————————————— |
| Robert F. Kappers | John G. Day (#2403) |
| Daniel F. Gelwicks | Andrew C. Mayo (#5207) |
| STEPTOE LLP | 500 Delaware Avenue, 8th Floor |
| 227 West Monroe Street, Suite 4700 | P.O. Box 1150 |
| Chicago, IL 60606 | Wilmington, DE 19899 |
| (312) 577-1300 | (302) 654-1888 |
| jnuttall@steptoe.com | jday@ashbygeddes.com |
| rkappers@steptoe.com | amayo@ashbygeddes.com |
| dgelwicks@steptoe.com |  |
|  | *Attorneys for Plaintiffs* |

Michael C. Miller
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3955
mmiller@steptoe.com

Christopher A. Suarez
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8003
csuarez@steptoe.com

Dated:  September 18, 2024