IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRIGENT CORPORATION and<br>NAHUM COMMUNICATIONS N.T.B. LTD, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | C.A. No. 22-496 (RGA) |
| DELL TECHNOLOGIES INC. and<br>DELL INC., | )<br>)<br>) | |
| Defendants. | )<br>) | |

**DEFENDANTS DELL TECHNOLOGIES INC. AND DELL INC.'S MOTION TO STAY<br>PENDING APPEAL OF RELATED CASE**

Defendants Dell Technologies Inc. and Dell Inc. (collectively, "Dell") respectfully move to stay this case pending entry of final judgment and resolution of any appeal in related case *Corrigent Corporation v. Cisco Systems, Inc.*, No. 6:22-cv-396-ADA (W.D. Tex.). The grounds for this motion are set forth in Dell's opening brief, submitted herewith.

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Jeremy A. Tigan* |
| Brian A. Rosenthal<br>Katherine Dominguez<br>Jaclyn Hellreich<br>Erin Kim<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-4000 | Jeremy A. Tigan (#5239)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>cclark@morrisnichols.com |
| Stuart M. Rosenberg<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>(650) 849-5300 | *Attorneys for Defendants<br>Dell Technologies Inc. and Dell Inc.* |

Ronald A. Lee
Emily M. Whitcher
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA  92612-4412
(949) 451-3800

Audrey Yang
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201-2923
(214) 698-3100

February 13, 2025

## **RULE 7.1.1 CERTIFCATE**

      I hereby certify that counsel for the parties, including Delaware and lead counsel, discussed the subject of the foregoing motion and were unable to reach agreement.

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRIGENT CORPORATION and<br>NAHUM COMMUNICATIONS N.T.B. LTD,<br><br>         Plaintiffs,<br><br>   v.<br><br>DELL TECHNOLOGIES INC. and<br>DELL INC.,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-496 (RGA)<br>)<br>)<br>)<br>)<br>) |

### **[PROPOSED] ORDER**

The Court, having considered Defendants Dell Technologies Inc. and Dell Inc.'s Motion to Stay Pending Appeal of Related Case, as well as the submissions related thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2025, that:

1. Dell's Motion is GRANTED.

2. This case is stayed until further order of the Court.


_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 13, 2025, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899-1150<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC FILING* |
| James R. Nuttall, Esquire<br>Robert F. Kappers, Esquire<br>Daniel F. Gelwicks, Esquire<br>Candice J. Kwark, Esquire<br>STEPTOE LLP<br>227 West Monroe Street, Suite 4700<br>Chicago, IL  60606<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC FILING* |
| Christopher A. Suarez, Esquire<br>STEPTOE LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC  20036<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC FILING* |
| Michael C. Miller, Esquire<br>STEPTOE LLP<br>1114 Avenue of the Americas<br>New York, NY  10036<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC FILING* |

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)