IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRIGENT CORPORATION and NAHUM COMMUNICATIONS N.T.B. LTD, | ) ) ) |
| Plaintiff, | ) C.A. No. 22-496-RGA |
| v. | ) ) |
| DELL TECHNOLOGIES INC. and DELL INC., | ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT
PURSUANT TO D. DEL. L.R. 7.1.4**

Pursuant to D. Del. L.R. 7.1.4, Plaintiffs Corrigent Corporation and Nahum Communications N.T.B. Ltd. (collectively "Plaintiffs") respectfully request oral argument on Defendants Dell Technologies Inc. and Dell Inc.'s (collectively "Defendants") Motion to Stay Pending Appeal of Related Case (D.I. 154-155, 165-166, 169).  Briefing on this motion was completed on March 13, 2025.

|  |  |
|---|---|
| *Of Counsel:*<br><br>James R. Nuttall<br>Robert F. Kappers<br>Daniel F. Gelwicks<br>STEPTOE LLP<br>227 West Monroe Street, Suite 4700<br>Chicago, IL 60606<br>(312) 577-1300<br>jnuttall@steptoe.com<br>rkappers@steptoe.com<br>dgelwicks@steptoe.com<br><br>Michael C. Miller<br>STEPTOE LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>(212) 506-3955<br>mmiller@steptoe.com<br><br>Christopher A. Suarez<br>STEPTOE LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 429-8003<br>csuarez@steptoe.com<br><br>Dated:  March 20, 2025 | ASHBY & GEDDES<br><br>*/s/ Andrew C. Mayo*<br>_____<br>John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Plaintiffs* |