# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRIGENT CORPORATION and NAHUM COMMUNICATIONS N.T.B. LTD,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DELL TECHNOLOGIES INC. and DELL INC.,<br><br>　　　　　　　Defendants. | C.A. No. 22-496 (RGA)<br><br>**JURY TRIAL DEMANDED** |
| CORRIGENT CORPORATION and NAHUM COMMUNICATIONS N.T.B. LTD,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　　　Defendant. | C.A. No. 22-497 (RGA)<br><br>**JURY TRIAL DEMANDED** |

### PROPOSAL FOR TRIAL SCHEDULING CONFERENCE

A Trial Scheduling Conference to determine the order of trials is presently set for April 30, 2025 at 9:00 a.m. (C.A. No. 22-497-RGA, D.I. 153). Pursuant to Paragraph 13 of the Court's Scheduling Order, the parties "shall submit their proposals no less than 2 business days before the conference." (*see, e.g.,* C.A. No. 22-497-RGA, D.I. 25). The parties respectfully propose the following:

**Plaintiffs' Proposal**

Plaintiffs respectfully request that the Court set trial dates for the *Dell* and *Arista* actions as soon as the Court is comfortable doing so in view of the close of summary judgment and *Daubert* briefing on May 21, 2025. Plaintiffs propose the following schedule subject to the Court's availability:

- Pretrial Conference on September 22, 2025

- A first trial in the *Arista* action October 6-10, 2025.[1]

- A second trial in the *Dell* action on November 3-7, 2025.[2]

**Defendants' Proposal**

Defendants have conferred and Defendants in the *Dell* action, C.A. No. 22-496 request to have their trial occur first. Defendants respectfully propose the following schedule subject to the Court's availability:

- A first trial in the *Dell* action on either February 2 or February 17, 2026

- A second trial in the *Arista* action on either March 2 or March 16, 2026.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Andrew C. Mayo* | /s/ *Jeremy A. Tigan* |
| Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>amayo@ashbygeddes.com | Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants*<br>*Dell Technologies Inc. and Dell Inc.* |

---

[1] Arista notes that its experts have other trials that have been previously scheduled for both the weeks of October 6, 2025 and November 3, 2025.
[2] Dell notes that its experts have other trials that have been previously scheduled for both the weeks of October 6, 2025 and November 3, 2025.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
*/s/ Jennifer Ying*

Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com

*Attorneys for Defendant Arista Networks, Inc.*