IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRIGENT CORPORATION and NAHUM COMMUNICATIONS N.T.B. LTD, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-496-RGA |
| v. | ) ) | |
| DELL TECHNOLOGIES INC. and DELL INC., Defendants. | ) ) | |
| CORRIGENT CORPORATION and NAHUM COMMUNICATIONS N.T.B. LTD, | ) ) ) ) | C.A. No. 22-497-RGA |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ARISTA NETWORKS, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER**
**TO EXTEND DEADLINE**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to file their respective answering summary judgment and *Daubert* papers is extended from May 7, 2025 to May 12, 2025, and the deadline for the parties to file their respective reply summary judgment and *Daubert* papers is extended from May 21, 2025 to May 30, 2025.

{02118430;v1 }

| | |
|---|---|
| ASHBY & GEDDES<br><br>*/s/ Andrew C. Mayo*<br>John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Plaintiffs*<br>*Corrigent Corporation and Nahum*<br>*Communication N.T.B. Ltd.* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br><br>*Attorneys for Defendants*<br>*Dell Technologies Inc. and Dell Inc.*<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jennifer Ying*<br>Jennifer Ying (#5550)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Defendant Arista Networks, Inc.* |

SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge