IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORRIGENT CORPORATION AND
NAHUM COMMUNICATIONS N.T.B.
LTD.,

        Plaintiffs,

v.

DELL TECHNOLOGIES INC. and DELL
INC.,

        Defendants.

Civil Action No. 22-496-RGA

ORDER

For the reasons explained in open court, this 7th day of May 2025, the motion to stay pending appeal of related case (D.I. 154) is GRANTED.

IT IS SO ORDERED.

_____
United States District Judge